OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

PRESORTED-FIRST-CLASS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS

STATE OF TEXAS

PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

ZIP 78701
02 1W
0001401603 OCT. 28 2015

$ 000.27⁵

U.S. POSTAGE ≫ PITNEY BOWES

**10/19/2015**
**TUCKER, EDWARD CHARLES    Tr. Ct. No. 241-1308-07-D    WR-74,501-06**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

I A

EDWARD CHARLES TUCKER
HODGE UNIT - TDC #1495137
P.O. BOX 999
RUSK, TX 75785